SHERI THOME, ESQ.
Nevada Bar No.: 8657
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No.: 10532
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
sheri.thome@wilsonelser.com

*Attorneys for Plaintiff*
MAXUM CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAXUM CASUALTY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN T. TAYLOR, individually; MARY A. TAYLOR, individually; ROBERT J. KILROY, individually; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | CASE NO. 2:18-cv-01866-JCM-CWH<br><br>**SUBSTITUTION OF ATTORNEY** |

### SUBSTITUTION OF ATTORNEY

Plaintiff MAXUM CASUALTY INSURANCE COMPANY hereby substitutes Sheri Thome, Esq. and Chad C. Butterfield, Esq. of Wilson Elser Moskowitz Edelman & Dicker LLP, 300 South 4th Street, 11th Floor, Las Vegas, NV 89101, (702) 727-1400, as attorney of record in place and stead of Jarad D. Beckman, Esq., Wolfe & Wyman LLP., 6757 Spencer St., Las Vegas, NV 89119, (702) 476-0100.

I consent to the above substitution.

DATED: 1/11/19

_____
Signature of Plaintiff

SUBSTITUTION OF ATTORNEY

3250581.1
© 2019 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published or used without the permission of The Hartford.

I consent to the above substitution.

DATED: 1/11/19

_____
Signature of Present Attorney

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: January 11th, 2019

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: _____
SHERI THOME, ESQ.
Nevada Bar No.: 8657
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No.: 10532
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Plaintiff
**MAXUM CASUALTY INSURANCE COMPANY**

Please check one: _X_ RETAINED, or ___ APPOINTED BY THE COURT.

APPROVED

DATED: January 14, 2019

_____
U.S. MAGISTRATE JUDGE

2
SUBSTITUTION OF ATTORNEY

3250581.1
© 2019 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published or used without the permission of The Hartford.