DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.:    702-450-5400
Fax:    702-450-5451
eservice@egletlaw.com
Attorneys for Plaintiffs
*Steven T. Taylor and Mary A. Taylor*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAXUM CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN T. TAYLOR, individually; MARY A. TAYLOR, individually; ROBERT J. KILROY, individually; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-01866-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO MAXUM CASUALTY INSURANCE COMPANY'S MOTION FOR CLARIFICATION OF ORDER** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Maxum Casualty Insurance Company and Defendants Steven T. Taylor, Mary A. Taylor, and Robert J. Kilroy, by and through the parties' respective counsel, pending the Court's approval, that the deadline for Defendants to file their Opposition to Plaintiff Maxum Casualty Insurance Company's Motion for Clarification of Order shall be extended from June 14, 2019 to June 28, 2019. The Motion was filed on May 31, 2019.

There are several purposes outlining the parties' requested stipulation. Lead counsel for Steven T. Taylor and Mary A. Taylor, Dennis M. Prince, Esq., is currently establishing his own law office and is transitioning several cases to his new law office, which continues to take considerable time. Additionally, Kevin T. Strong, Esq., who is also counsel for Steven T. Taylor

1

and Mary A. Taylor, has taken an extended period of time away from the office for his wedding, which will take place on June 15, 2019 and his honeymoon, which will take place shortly thereafter.

In light of these circumstances, pending the Court's approval, counsel for Plaintiff Maxum Casualty Insurance Company has graciously agreed to a fourteen (14) day extension through and until June 28, 2019 for Defendants Steven T. Taylor and Mary A. Taylor to file their Opposition to the underlying motion. This is the <u>first extension</u> requested in connection with the underlying motion and the parties understand the need to complete the briefing of this motion. Therefore, the parties respectfully request that this Court approve the foregoing stipulation.

DATED this 14th day of June, 2019      DATED this 14th day of June, 2019

| | |
|---|---|
| */s/ Dennis M. Prince* <br> DENNIS M. PRINCE, ESQ. <br> Nevada Bar No. 5092 <br> KEVIN T. STRONG, ESQ. <br> Nevada Bar No. 12107 <br> **EGLET PRINCE** <br> 400 South 7th Street, 4th Floor <br> Las Vegas, Nevada 89101 <br> Attorneys for Plaintiffs <br> *Steven T. Taylor and Mary A. Taylor* | */s/ Chad C. Butterfield* <br> SHERI THOME, ESQ. <br> Nevada Bar No. 8657 <br> CHAD C. BUTTERFIELD, ESQ. <br> Nevada Bar No. 10532 <br> **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** <br> 300 S. 4th Street, 11th Floor <br> Las Vegas. Nevada 89101 <br> Attorneys for Defendants <br> *Maxum Specialty Insurance Group and Maxum Casualty Insurance Company* |

DATED this 14th day of June, 2019

*Robert A. Winnder, Esq.*
ROBERT A. WINNDER, ESQ.
**ROBERT WINNER, LTD.**
4675 Wynn Road
Las Vegas, Nevada 89103
Attorney for Plaintiff
*Robert Kilroy*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

Dated June 17, 2019.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

2