Sheri Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 01053**2**
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Plaintiff Maxum Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAXUM CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN T. TAYLOR, individually; MARY A. TAYLOR, individually; ROBERT J. KILROY, individually; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No: 2:18-cv-01866-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE OPPOSITION TO MAXUM CASUALTY INSURANCE COMPANY'S MOTION FOR CLARIFICATION OF ORDER**<br><br>**(Second Request)** |

Plaintiff Maxum Casualty Insurance Company and Defendants Steven T. Taylor, Mary A. Taylor, and Robert J. Kilroy, by and through the parties' respective counsel, stipulate and agree that the deadline for Defendants to file an Opposition to Maxum Casualty Insurance Company's Motion for Clarification of Order [ECF No. 33], filed on May 31, 2019, shall be extended from June 28, 2019 to July 12, 2019.

As set forth in the parties' previous stipulation and order, lead counsel for Steven T. Taylor and Mary A. Taylor, Dennis M. Prince, Esq. is currently establishing his own law office and is transitioning several cases to his new law office, including this case. This process has taken longer than expected, and Mr. Prince only recently received the file materials for this case. In light of these circumstances, counsel for the parties have agreed to further extend the deadline for Defendants to file an Opposition to Maxum Casualty Insurance Company's Motion for Clarification of Order [ECF

1485705v.1

No. 33] by an additional fourteen (14) days, from the current deadline of June 28, 2019 up to and including July 12, 2019. This is the second request for an extension.

This is the parties' second request for an extension of the deadline.

DATED this 28th day of June, 2019.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Sheri Thome, Esq.
Nevada Bar No. 8657
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Maxum Specialty Insurance Group and Maxum Casualty Insurance Company*

DATED this 28th day of June, 2019.

**PRINCE LAW GROUP**

*/s/ Dennis M. Prince*
Dennis M. Prince, Esq.
Nevada Bar No. 5092
Kevin T. Strong, Esq.
Nevada Bar No. 12107
8816 Spanish Ridge Ave.
Las Vegas, NV 89148
*Attorney for Steven T. Taylor and Mary A. Taylor*

DATED this 28th day of June, 2019.

**ROBERT WINNER, LTD.**

*/s/ Robert A. Winner*
Robert A. Winner, Esq.
Nevada Bar No. 005167
4675 Wynn Road
Las Vegas, NV 89103
*Attorneys for Robert Kilroy*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated July 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

-2-

1485705v.1