1  Sheri Thome, Esq.
   Nevada Bar No. 008657
2  Chad C. Butterfield, Esq.
   Nevada Bar No. 010532
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  sheri.thome@wilsonelser.com
   chad.butterfield@wilsonelser.com
6  *Attorneys for Plaintiff Maxum Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MAXUM CASUALTY INSURANCE COMPANY, | Case No: 2:18-cv-01866-JCM-CWH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MAXUM CASUALTY INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION FOR CLARIFICATION OF ORDER** |
| v. | |
| STEVEN T. TAYLOR, individually; MARY A. TAYLOR, individually; ROBERT J. KILROY, individually; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | |
| | **(First Request)** |
| Defendants. | |

Plaintiff Maxum Casualty Insurance Company ("Maxum") and Defendants Steven T. Taylor, Mary A. Taylor, and Robert J. Kilroy, by and through the parties' respective counsel, stipulate and agree that the deadline for Maxum Casualty Insurance Company to file a Reply in Support of its Motion for Clarification of Order [ECF No. 33], filed on May 31, 2019, shall be extended from July 19, 2019 to July 26, 2019.

///
///
///
///
///
///
///

1493068v.1

Maxum seeks the requested extension to have sufficient time to consider and address the issues raised in Defendant Taylor's opposition brief (ECF No. 38). Furthermore, lead counsel for Maxum is currently out of the office due to a medical procedure. Accordingly, Good cause exists for the requested extension. This is the parties' first request for an extension of the deadline.

DATED this 19th day of July, 2019.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Chad C. Butterfield
Sheri Thome, Esq.
Nevada Bar No. 8657
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Maxum Specialty Insurance Group and Maxum Casualty Insurance Company*

DATED this 19th day of July, 2019.

**PRINCE LAW GROUP**

/s/ Dennis M. Prince
Dennis M. Prince, Esq.
Nevada Bar No. 5092
Kevin T. Strong, Esq.
Nevada Bar No. 12107
8816 Spanish Ridge Ave.
Las Vegas, NV 89148
*Attorney for Steven T. Taylor and Mary A. Taylor*

DATED this 19th day of July, 2019.

**ROBERT WINNER, LTD.**

/s/ Robert A. Winner
Robert A. Winner, Esq.
Nevada Bar No. 005167
4675 Wynn Road
Las Vegas, NV 89103
*Attorneys for Robert Kilroy*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 22nd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

-2-

1493068v.1